IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                                  Case No.  5:13cr13-MW/EMT

TRACY L. COLLIER,

    Defendant.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 376.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody,  ECF No. 350, is **DENIED**. A Certificate of Appealability is **DENIED**."  The Clerk shall also close the file.

**SO ORDERED on July 27, 2020.**

                                              **s/ MARK E. WALKER**
                                         **Chief United States District Judge**