IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

v.                                                              Case No.  5:13cr13-MW/EMT

**TRACY L. COLLIER,**

   **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 376, and has also considered *de novo* Defendant's objections to the report. ECF No. 380.[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

---

[1] This Court previously entered its order Accepting Report and Recommendation, ECF No. 377, but withdrew the order upon receiving Defendant's motion for reconsideration, ECF No. 380, which this Court has considered *de novo* as Defendant's objections to the Magistrate Judge's Report and Recommendation. ECF No. 376

1

Sentence by a Person in Federal Custody, ECF No. 350, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on September 17, 2020.**

<u>**s/ MARK E. WALKER**</u><br>
**Chief United States District Judge**